UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DWAYNE DOOLIN,

    Plaintiff,

    v.

LYNCH and INDIANA STATE PRISON WARDEN,

    Defendants.

CAUSE NO. 3:19-CV-1145-JD-MGG

OPINION AND ORDER

The Indiana State Prison Warden, by counsel, filed a motion asking for fourteen more days to file a sworn statement (with supporting records and reports from others as necessary) explaining what risks Dwayne Doolin faces from Officer Lynch, inmate Huggins, and other inmates as well as what precautions are being taken to protect him from attack by them. The motion explains that additional time is needed because the Warden was unable to request representation by the Indiana Attorney General until December 26, 2019. The Warden has shown good cause to enlarge the deadline, but fourteen days is too long. The original order granted only seven days to respond because of the emergency nature of the claims raised. *See* ECF 3. As such, the deadline will only be enlarged an additional seven days after the motion was filed.

For these reasons, the Warden's deadline to file a sworn statement is ENLARGED to **January 6, 2020**.

SO ORDERED on January 3, 2020

s/ Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge